**BALDASSARE & MARA, LLC**
570 Broad Street, Suite 900
Newark, New Jersey 07102
Tel.: 973-200-4066
Fax.: 973-556-1071
*Attorneys for Defendant Russell Stinnett*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RUSSELL STINNETT<br>*Defendant.* | Crim. No. 19-cr-668 (JMV)<br><br>**ORDER MODIFYING**<br>**CONDITIONS OF RELEASE** |

**THIS MATTER** having come before the Court upon the application of Baldassare & Mara, LLC (Michael Baldassare, Esq., appearing), counsel for Defendant Russell Stinnett, for an Order Modifying Conditions of Release, with the consent of Assistant United States Attorney Ari Fontecchio, Pretrial Services taking no position on the matter and the Court having considered the herein application, and for good cause shown;

**IT IS** on this 14th day of January, 2022,

**ORDERED** that Defendant Russell Stinnett's conditions of release are modified so he is permitted to freely travel within the contiguous 48 United States; and it is

**FURTHER ORDERED** that all other conditions of release remain in full force and effect.

_____
HON. JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE